DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANUS SAINTIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-4397

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ilona M. Holmes, Judge; L.T. Case No. 12-8117 CF10A.

H. Dohn Williams, Jr., Special Public Defender, Boca Raton, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***